UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VERNON FREEMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIE A. WATKINS FUNERAL HOME OF RIVERDALE, INC.,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-377-WSD |

## J U D G M E N T

This action having come before the Court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of Defendant's Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 6th day of January, 2017.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                                          By: *s/D.M. McGoldrick*
                                                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 6, 2017
James N. Hatten
Clerk of Court

By: *s/D.M. McGoldrick*
      Deputy Clerk